UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS ARMANDO ZAMBRANO VIVAS, | CASE NO. C26-1011-KKE |
| Petitioner(s), | ORDER TERMINATING TRO MOTION |
| v. | |
| WARDEN NORTHWEST ICE PROCESSING CENTER, et al., | |
| Respondent(s). | |

The Court has received Petitioner's proposed petition for writ of habeas corpus. Dkt. No. 1. Petitioner neither paid the case filing fee nor requested that the Court waive the fee, and the Clerk has given Petitioner a deadline of April 24, 2026, to either pay the fee or file a waiver application. Dkt. No. 3. Until the fee issue has been resolved, the Court will not take any action on this case. The Court therefore TERMINATES the pending motion for temporary restraining order (Dkt. No. 2) and will reactivate that motion after the fee issue has been resolved.

Dated this 25th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TERMINATING TRO MOTION - 1