## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Armando Zambrano Vivas, | No. CV-26-02635-PHX-DWL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Based on Respondents' notice that Petitioner was removed from the United States on April 20, 2026 (Doc. 16),

**IT IS ORDERED**:

1.    The petition (Doc. 5) is **denied as moot**.

2.    The Clerk shall enter judgment accordingly and deny all pending motions as moot.

Dated this 23rd day of April, 2026.

_____
Dominic W. Lanza
United States District Judge